

**Entered on Docket
June 09, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
(702) 853-0700

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Chapter 13 |
| TAYRA AGUAYO | BKS-10-17106-BAM |
| JUAN CORTES | |
| | Hearing Date: N/A |
| **Debtors** | Hearing Time: N/A |
| **PRO SE DEBTOR**<br>**Attorney for Debtors** | |

**EX-PARTE ORDER DISMISSING CHAPTER 13
<u>CASE PURSUANT TO 11 U.S.C. SECTION 521(i)</u>**

    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

forty-five (45) day period, which expired on March 13, 2010.

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: June 09, 2010
(tsw)